# UNITED STATES DISTRICT COURT
## FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 6,1
### Eastern Division

Susan McShane

                        Plaintiff,

v.                                                     Case No.: 1:14−cv−03921
                                                      Honorable James B. Zagel

Levy Premium Foodservice L.P.

                        Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Tuesday, September 9, 2014:

      MINUTE entry before the Honorable James B. Zagel: Plaintiff's Motion to appear pro hac vice [13] is granted. Attorney Louis Pechman is granted leave to appear on behalf of Plaintiff. Defendant's Unopposed Motion for leave to file First Amended Answer [15] is granted. Hearing set for 9/11/14 is stricken, no appearance is necessary. Status hearing previously set for 11/13/14 at 9:15 a.m. will stand. Mailed notice(nf, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.