**IN THE UNITED STATES DISTRICT COURT**
**FOR THE NORTHERN DISTRICT OF ILLINOIS**
**EASTERN DIVISION**

| | |
|---|---|
| **SUSAN MCSHANE,** on behalf of herself and all other persons similarly situated, known and unknown, | )<br>)<br>) |
| **Plaintiff,** | ) **Case No. 14-CV-3921**<br>)<br>) |
| v. | ) **Judge Zagel**<br>) |
| **LEVY PREMIUM FOODSERVICE L.P.,** | ) **Magistrate Valdez**<br>) |
| **Defendant.** | ) |

**STIPULATION TO DISMISS**

Plaintiff, Susan McShane, by her attorneys, Werman Salas P.C. and Defendant, Levy Premium Foodservice L.P., by its attorneys Seyfarth Shaw, LLP, hereby stipulate that the above case be dismissed with prejudice and without costs to any party pursuant to Federal Rule of Civil Procedure 41(a)(1)(ii).

Respectfully submitted,

Dated: June 8, 2015

| **Attorneys for Plaintiff:** | **Attorneys for Defendant:** |
|---|---|
| s/Douglas M. Werman | s/Noah A. Finkel |
| Douglas M. Werman | Noah A. Finkel |
| Maureen A. Salas | Laura E. Reasons |
| Sarah J. Arendt | Seyfarth Shaw, LLP |
| Werman Salas P.C. | 131 South Dearborn, Suite 2400 |
| 77 West Washington Street | Chicago, IL 60603 |
| Suite 1402 | (312)460-5000 |
| Chicago, Illinois 60602 | |
| 312/419-1008 | |