**UNITED STATES DISTRICT COURT**
**FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 6,1**
**Eastern Division**

Susan McShane
                                     Plaintiff,

v.                                                       Case No.: 1:14–cv–03921
                                                             Honorable James B. Zagel

Levy Premium Foodservice L.P.
                                     Defendant.

**NOTIFICATION OF DOCKET ENTRY**

This docket entry was made by the Clerk on Monday, June 8, 2015:

      MINUTE entry before the Honorable James B. Zagel: Pursuant to the parties' Stipulation of Dismissal [28], this matter is dismissed with prejudice and without costs to any party. Status hearing set for 6/9/15 is stricken and no appearance is necessary. Civil case terminated. Mailed notice(ep, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.